FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA R. JORDAN,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>Defendant. | No. 1:17-cv-03193-MKD<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL; DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PRJEUDICE AND CLOSING FILE**<br><br>ECF NO. 14 |

Pursuant to the Stipulation of the parties (ECF No. 14), which the Court construes as a Stipulated Motion for Order of Dismissal, the Clerk of this Court shall enter judgment of dismissal of the Complaint (ECF No. 1, Ex. 1) and the claims therein with prejudice and without costs or attorneys fees to any party. Though the Stipulation also states "cross-claims in this action may be dismissed," ECF No. 14 at 1, there are no pending cross-claims.

The Clerk of this Court shall (1) correct the docket so ECF No. 14 appears as a Stipulated Motion for Order of Dismissal; (2) enter this Order granting ECF

ORDER - 1

No. 14; (3) enter judgment; and (4) forward copies of the Order and Judgment to counsel and CLOSE the file.

DATED January 10, 2018.

                              <u>s/ *Mary K. Dimke*</u>
                              Mary K. Dimke
                              United States Magistrate Judge